**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Bill Wilson** |
| counsel: Anne Gardner | Reporter: C. Newburg |
| counsel: | Clerk: M. Johnson |
| | Interpreter: |
| vs | USPO: E. Staton |
| **VELMA KATHERINE RAY** | |
| counsel: Chris Tarver | |
| counsel: | Date: April 3, 2007 |
| | CASE NO: 4:03CR00163-02-WRW |

### COURT PROCEEDING: Supervised Release Revocation Hearing

**Begin: 3:50 p.m.** **End: 4:15 p.m.**

**Court calls case and reviews to present; deft admits violations of petition; Court finds violation occurred; sentence imposed; 6 MONTHS BOP; residential or non-residential substance abuse treatment during incarceration; Restitution of $40,657.57; deft to report by 2:00 p.m. May 7, 2007; No supervised release to follow.**

**Amended J&C to be entered.**

**Court in recess.**